IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERRY BACKES,

        Petitioner,

  v.

CALIFORNIA BOARD OF PAROLE HEARINGS,

        Respondent.
_____/

No. C-10-2565  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Petitioner's request to proceed in forma pauperis is hereby GRANTED. The petition is hereby DISMISSED.

Dated: November 22, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk